**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

VANESSA RODRIGUES,

Plaintiff,

v.

CHURCHILL COUNTY, *et al.*,

Defendants.

Case No. 3:25-CV-00744-MMD-CLB

**ORDER GRANTING MOTION TO DEPOSE INCARCERATED PLAINTIFF**

[ECF No. 43]

Defendants' motion to depose incarcerated Plaintiff is **GRANTED**. (ECF No. 43.) The deposition shall be conducted in one of the following manners: 1) in person at Plaintiff's place of confinement; 2) by video; or 3) telephonically. The deposition shall be scheduled at a time that is conducive to the detention facility's security. Following the deposition, Defendants shall provide a copy of the deposition transcript to the Plaintiff.

**IT IS SO ORDERED.**

**DATED**: October 27, 2026.

**UNITED STATES MAGISTRATE JUDGE**